State v. Foster

*No counsel for appellant.*

*Attorney General Robert Morgan by Assistant Attorney General Lester V. Chalmers, Jr., for the State.*

---

STATE OF NORTH CAROLINA v. JERRY FOSTER

No. 7223SC299

(Filed 24 May 1972)

Assault and Battery § 14— felonious assault — sufficiency of evidence

The evidence was sufficient for the jury in this prosecution for assault with a deadly weapon with intent to kill inflicting serious injuries.

APPEAL by defendant from *Crissman, Judge,* 6 December 1971 Criminal Session of Superior Court held in WILKES County.

Defendant was indicted for assault with a deadly weapon, to wit: a .25 caliber automatic pistol, with felonious intent to kill one Sherman Love, inflicting serious injuries upon the said Sherman Love by shooting him in the stomach. Defendant pleaded not guilty. The jury returned a verdict finding defendant guilty as charged in the bill of indictment. From judgment imposing a prison sentence, defendant appealed.

*Attorney General Robert Morgan by Associate Attorney General Walter E. Ricks III for the State.*

*Brewer & Bryan by Joe O. Brewer for defendant appellant.*

PARKER, Judge.

Appellant's only assignments of error are that the court erred in denying his motion for nonsuit and in entering its judgment against him. There was ample evidence to require submission of the case to the jury and to support the verdict rendered. The judgment was supported by the verdict and was within statutory limits. In his brief on this appeal appellant's counsel states he is unable to find prejudicial error committed by the trial court. We have carefully reviewed the entire record and find

No error.

Judges BRITT and HEDRICK concur.